# Court of Appeals
# of the State of Georgia

ATLANTA,_March 16, 2020_____

*The Court of Appeals hereby passes the following order:*

**A20E0035. DAVIYOHN FULTON v. WILPRO ENTERPRISES, INC., D/B/A SERVPRO OF DOUGLASVILLE, ZDW-22, INC. D/B/A SERVPRO OF CONYERS/COVINGTON AND JAMES D. WALLS, INDIVIDUALLY.**

Upon consideration of the APPELLEE'S  Motion for Reconsideration in the above styled case, the motion is hereby GRANTED and the case is reinstated. The Court hereby denies the emergency motion order issued on March 12, 2020.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,_03/16/2020_____*
*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*
*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____Stephen E. Castlen_____, *Clerk.*